UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
September 28, 2018
David J. Bradley, Clerk

| | |
|---|---|
| Ifeanyichukwu Iroh, | § |
| Plaintiff, | § |
| versus | §  Civil Action H-18-3007 |
| Summit Trustee Services, L.L.C., et al., | § |
| Defendants. | § |

## Opinion on Dismissal

This lawsuit is nearly identical to one that Ifeanyichukwu Iroh brought and lost in 2015. That case was dismissed with prejudice, and the dismissal was affirmed on appeal. Iroh was notified of the judgment on appeal on August 1, 2018, and filed this lawsuit twenty-eight days later. To the extent that any claim is sufficiently pleaded in this case, it is barred by *res judicata* and collateral estoppel.

Iroh may not use the court to avoid a transfer of collateral on a foreclosed lien more than once. This claim has had its day in court and lost. This case will be dismissed with prejudice.

Signed on September 28, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge